**Modified and Affirmed and Opinion Filed May 22, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00152-CR

**JAVIER ARRIAGA, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1955884-P**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Garcia

A jury convicted appellant of evading arrest or detention with a motor vehicle.

The jury assessed punishment, enhanced, at twenty-five years in prison.

On appeal, appellant's counsel has filed a brief in which he concludes the

appeal is frivolous and without merit.[1] The brief meets the requirements of *Anders*

*v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of

the record showing why, in effect, there are no arguable grounds to advance. *See*

*High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining

---

[1] The State agrees with counsel's assessment that there are no arguable grounds to advance on appeal.

whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

Although not an arguable issue, the record reflects a clerical error in the trial court's judgment. Specifically, the judgment erroneously states that appellant pleaded guilty to the offense, but the record reflects that appellant entered a not guilty plea. We may correct and modify the judgment of a trial court to make the record speak the truth when we have the necessary data and information to do so. *See Ray v. State*, No. 05-17-00820, 2018 WL 1149421, at *2 (Tex. App.—Dallas Mar. 5, 2018, no pet.) (mem. op., not designated for publication) (modifying judgment in *Anders* appeal); *Davis v. State*, No. 01-02-00404-CR, 2003 WL 139655, at *1 (Tex. App.—Houston [1st Dist.] Jan. 9, 2003, no pet.) (mem. op., not designated for publication) (same). The record supports modification here. Accordingly, we modify the judgment to reflect that appellant pleaded not guilty to the charged offense. TEX. R. APP. P. 43.2(b).

As required, appellant's counsel has moved for leave to withdraw and has provided appellant with a copy of the motion. *See In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008) (orig. proceeding). We carried the motion for consideration with the merits.

Having modified the judgment to correct the clerical error, and having reviewed the record, we agree with counsel that this appeal is wholly frivolous and without merit; we find nothing in the record before us that arguably might support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). Accordingly, we grant counsel's motion to withdraw, and affirm the trial court's judgment as modified. *See* Tex. R. App. P. 43.2(a), (b).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

220152f.u05

Do Not Publish
Tex. R. App. P. 47.2(b)



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAVIER ARRIAGA, Appellant

No. 05-22-00152-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas Trial Court Cause No. F-1955884-P. Opinion delivered by Justice Garcia. Justices Pedersen, III and Kennedy participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to reflect that appellant entered a plea of not guilty to the charged offense.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered this 22nd day of May, 2023.